IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| **Louis M. Lupo** | : | |
| Plaintiff | : | |
| v. | : | **Case No.: 8:14-cv-00475-DKC** |
| **JPMorgan Chase Bank, N.A.,** *et al.* | : | |
| Defendants | : | |

**SPECIALIZED LOAN SERVICING, LLC'S RESPONSE TO
PLAINTIFF'S MOTION AT ECF NO. 26**

One of the Defendants, Specialized Loan Servicing, LLC ("SLS"), by and through its attorneys, Aaron D. Neal and McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A., responds to the motion filed by Plaintiff and docketed as ECF No. 26 (the "Motion"), says:

1. Plaintiff seeks two things in his motion: (1) an additional month to respond to the motion for summary judgment filed by JPMorgan Chase Bank, N.A. ("Chase") at ECF No. 24 and (2) referral of this case to a United States Magistrate Judge for a settlement conference or other ADR.

2. SLS takes no position on the Plaintiff's request for an extension of time.

3. SLS does not consent to referral of this case to a magistrate judge at this time and sees no benefit in beginning a formal ADR process in light of the pending, well-founded dispositive motions. To the extent that Mr. Lupo is interested in settling this case, he is welcome to make a settlement demand/offer to SLS through undersigned counsel.

4. Undersigned counsel also notes that Plaintiff claims to have sent an email to counsel on March 18, 2014 requesting a Rule 26(f) conference.  Counsel has no record of having received such an email.  Had counsel received such an email, counsel would have responded one way or the other, as counsel has done in response to all of the other emails sent by Plaintiff.

5. SLS incorporates by reference the attached Memorandum of Law.

WHEREFORE, SLS respectfully requests that this Honorable Court deny the portion of the Plaintiff's motion requesting a referral for ADR.


Respectfully submitted,

McNamee, Hosea, Jernigan, Kim,
Greenan & Lynch, P.A.


 /s/  Aaron D. Neal           _
Aaron D. Neal (Bar No. 28566)
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770
Tel.     301-441-2420
Fax     301-982-9450
aneal@mhlawyers.com

*Attorneys for SLS*

## Certificate of Service

I hereby certify that on this 18th day of April, 2014, copies of the foregoing paper were filed via CM/ECF and served electronically on:

Chad King, Esq.

And via first class mail on:

Louis M. Lupo
545 Elmcroft Boulevard, Apt. 10213
Rockville, Maryland 20850

                                              /s/  Aaron D. Neal
                                              Aaron D. Neal