```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND

                                  :
LOUIS M. LUPO
                                  :

    v.                            :   Civil Action No. DKC 14-0475

                                  :
JPMORGAN CHASE BANK, N.A.,
et al.                            :
```

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 26th day of January, 2015, by the United States District Court for the District of Maryland, ORDERED that:

    1. The motion to dismiss or transfer this case due to improper venue filed by Defendant Specialized Loan Servicing, LLC (ECF No. 19) BE, and the same hereby IS, DENIED; and

    2. The clerk will transmit copies of the foregoing Memorandum Opinion and this Order to counsel for Defendants and directly to Plaintiff Lupo.

                                                                         /s/
                                          DEBORAH K. CHASANOW
                                          United States District Judge