```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

LOUIS M. LUPO                    :

    v.                           :   Civil Action No. DKC 14-0475

                                        :

JPMORGAN CHASE BANK, N.A.,
et al.                           :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 28th day of September, 2015, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion for summary judgment filed by Defendant JPMorgan Chase Bank, N.A. (ECF No. 24) BE, and the same hereby IS, GRANTED;

2. Judgment BE, and the same hereby IS, ENTERED in favor of JPMorgan Chase Bank, N.A. and against Plaintiff on all counts;

3. Plaintiff Louis M. Lupo's verified motion in response (ECF No. 29) BE, and the same hereby IS, DENIED;

4. The partial motion to dismiss filed by Defendant Specialized Loan Servicing, LLC (ECF No. 33) BE, and the same hereby IS, GRANTED in part and DENIED in part;

5. Plaintiff's claim brought under RESPA § 2605(e)(1)(A) concerning Plaintiff's August 21, 2013 letter to SLS, and all

claims against SLS in Counts 5-12, 23, 24, and 25, BE, and the same hereby ARE, DISMISSED; and

      6. The clerk will transmit copies of the Memorandum Opinion and this Order to Plaintiff and counsel for Defendants.

```
                              /s/
        DEBORAH K. CHASANOW
        United States District Judge
```