IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| **Louis M. Lupo** | : | |
| Plaintiff | : | |
| v. | : | Case No.: 8:14-cv-00475-DKC |
| **JPMorgan Chase Bank, N.A.,** *et al.* | : | |
| Defendants | : | |

**SPECIALIZED LOAN SERVICING LLC'S MOTION FOR SUMMARY JUDGMENT**

One of the Defendants, Specialized Loan Servicing LLC ("SLS"), by and through its attorneys, Aaron D. Neal and McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A., moves for summary judgment as to the remaining claims of Plaintiff's Amended Complaint [ECF No. 18], and in support thereof, says:

1. This case arises from the Plaintiff's refusal to pay his mortgage as required when the amount of the monthly escrow payment was increased to reflect a large increase in the real estate taxes owed on his property.

2. SLS moved to dismiss the majority of the Complaint. The Court granted a portion of that motion, leaving the following claims: Count 1 (Failure to Acknowledge RESPA Request), Counts 14-20 (Violation of FDCPA), Count 26 (Violation of MCDCA), Count 27 (Violation of MCPA) and Count 28 (Violation of MMFA).

3. The material facts are not genuinely in dispute.  Plaintiff did not make his monthly mortgage payments in the required amount.  All of his claims are predicated on the false

assumption that he paid as required. As Plaintiff did not do so, SLS is entitled to judgment as a matter of law in its favor.

4. SLS incorporates by reference the attached Memorandum of Law.

WHEREFORE, SLS respectfully requests that this Honorable Court grant judgment in its favor and against the Plaintiff.

Respectfully submitted,

McNamee, Hosea, Jernigan, Kim,
Greenan & Lynch, P.A.

　/s/  Aaron D. Neal　　　　
Aaron D. Neal (Bar No. 28566)
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770
Tel.    301-441-2420
Fax    301-982-9450
aneal@mhlawyers.com

*Attorneys for SLS*

### Certificate of Service

I hereby certify that on this 3rd day of November, 2015, copies of the foregoing paper were filed via CM/ECF and served via first class mail on:

Louis M. Lupo
545 Elmcroft Boulevard, Apt. 10213
Rockville, Maryland 20850

　/s/  Aaron D. Neal　　
Aaron D. Neal