# FedExOffice

FedEx Kinko's is now FedEx Office

# Fax Cover Sheet

*Proof of Payment*

Date  7-1-2013

Number of pages  2  (including cover page)

To:  Portia ID#04401

Name  SLS

Company _____

Telephone  800-569-4287

Fax  720-241-7218

From:

Name  Louis Lo

Company _____

Telephone  202-290-4379

Comments  Rejected Ach due to inaccurate payment history. Proof of Payments & Ach Enclosed past 20 months


7 90363 00711 1
**Fax - Local Send**


7 90363 00714 2
**Fax - Domestic Send**

7 90363 00720 3
**Fax - International Send**

fedex.com 1.800.GoFedEx 1.800.463.3339

© 2009 FedEx. All rights reserved. Products, services and hours vary by location. 510.OP00.009 SEP.09

22705

*7-1-2013*
*Exhibit A*
*Louis Lupo*
*Payment History*

Results 1-20 of 23

First | «Previous | Next» | Last

| Pay To: Name Nickname | Pay From | Amount | Deliver By | Confirmation Number | Status | |
|---|---|---|---|---|---|---|
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 07/29/2011 | CMQ5C-Z4VF6 | Processed | View Payment |
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 08/31/2011 | CQDYY-4X5TS | Processed | View Payment |
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 09/29/2011 | CV1VH-W5SYK | Processed | View Payment |
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 10/31/2011 | CY691-QL82Q | Processed | View Payment |
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 11/30/2011 | D1F62-FQ8CM | Processed | View Payment |
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 12/30/2011 | D3V3B-D2347 | Processed | View Payment |
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 01/31/2012 | D76XJ-57L6Y | Processed | View Payment |
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 02/29/2012 | D8B1H-RGJXL | Processed | View Payment |
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 03/30/2012 | DFXLK-5LQRC | Processed | View Payment |
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 05/01/2012 | DK5RV-CVGL2 | Processed | View Payment |
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 05/31/2012 | DN7YT-4951Y | Processed | View Payment |
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 07/31/2012 | DVC3M-WQBXR | Processed | View Payment |
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 08/31/2012 | DY6NW-NHKN8 | Processed | View Payment |
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 09/28/2012 | F1FJ0-P4R42 | Processed | View Payment |
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 10/31/2012 | F4SZT-LLW8D | Processed | View Payment |
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 11/30/2012 | F7XL7-4T9PT | Processed | View Payment |
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 12/31/2012 | FC382-VD9LG | Processed | View Payment |
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 01/31/2013 | FG4W3-ZLKYH | Processed | View Payment Inquire About Payment |
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 02/28/2013 | FJYYX-NYN97 | Processed | View Payment Inquire About Payment |
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 04/01/2013 | FNFKJ-K589Y | Processed | View Payment Inquire About Payment |

First | «Previous | Next» | Last

# FedEx Office

FedEx Kinko's is now FedEx Office

# Fax Cover Sheet

Proof of Payment

Date 7-1-2013

Number of pages 3 (including cover page)

**To:** Portia ID# 04401

Name SLS

Company _____

Telephone 800-569-4287

Fax 720-241-7218

**From:**

Name Louis Lupo

Company _____

Telephone 202-290-4379

Comments Rejected Ach due to inaccurate payment history. Proof of Payments & Ach Enclosed past 20 months


Fax - Local Send


Fax - Domestic Send

Fax - International Send

fedex.com 1.800.GoFedEx 1.800.463.3339

© 2009 FedEx. All rights reserved. Products, services and hours vary by location. 610.0P00.009 SEP.09    22705

**Payment Activity** ❓          📥 Download   🖨 Print

**Display:** (Select one) ▼ [Go]

Results 21-23 of 23         First | «Previous | Next» | Last

| Pay To: Name Nickname | Pay From | Amount | Deliver By ↑ | Confirmation Number | Status | |
|---|---|---|---|---|---|---|
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 04/30/2013 | FRFHC-Q1PKR | Processed | View Payment Inquire About Payment |
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 05/31/2013 | FVQTX-M0WF2 | Processed | View Payment Inquire About Payment |
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 07/01/2013 | FYRF8-YL3TS | Processed | View Payment |

First | «Previous | Next» | Last

*1-1-2013*
*Exhibit A*
*Louis Lupo*
*Payment History*

Results 1-20 of 23

First | «Previous | Next» | Last

| Pay To: Name Nickname | Pay From | Amount | Deliver By ↑ | Confirmation Number | Status | |
|---|---|---|---|---|---|---|
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 07/29/2011 | CMQ5C-Z4VF6 | Processed | View Payment |
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 08/31/2011 | CQDYY-4X5TS | Processed | View Payment |
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 09/29/2011 | CV1VH-W3SYK | Processed | View Payment |
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 10/31/2011 | CY691-QL82Q | Processed | View Payment |
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 11/30/2011 | D1F62-FQ8CM | Processed | View Payment |
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 12/30/2011 | D3V3B-DZ347 | Processed | View Payment |
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 01/31/2012 | D76XJ-57L6Y | Processed | View Payment |
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 02/29/2012 | DB81H-RGJXL | Processed | View Payment |
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 03/30/2012 | DFXLK-5LQRC | Processed | View Payment |
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 05/01/2012 | DK5RV-CVGL2 | Processed | View Payment |
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 05/31/2012 | DN7YT-4951Y | Processed | View Payment |
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 07/31/2012 | DVC3M-WQBXR | Processed | View Payment |
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 08/31/2012 | DY6NW-NHKN8 | Processed | View Payment |
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 09/28/2012 | F1FJ0-P4R42 | Processed | View Payment |
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 10/31/2012 | F4SZT-LLWSD | Processed | View Payment |
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 11/30/2012 | F7XL7-4TGPT | Processed | View Payment |
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 12/31/2012 | FC38Z-VDGLG | Processed | View Payment |
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 01/31/2013 | FG4W3-ZLKYH | Processed | View Payment Inquire About Payment |
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 02/28/2013 | FJYYX-NYNG7 | Processed | View Payment Inquire About Payment |
| Chase Home Finance Chase Mortgage -6791 | EBANKING-8707 | $1,501.58 | 04/01/2013 | FNFKJ-K589Y | Processed | View Payment Inquire About Payment |

First | «Previous | Next» | Last