Cause No.2015-003908-1

| | | |
|---|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION | § § § § § § § § § § § | IN THE COUNTY COURT |
| | | AT LAW No. 1 |
| v.<br>LOUIS LUPO, JAMES NGUGI<br>  and/or<br>ALL OCCUPANTS of<br>7908 Hunter Ln<br>North Richland Hills, Texas  76182 | | IN AND FOR<br><br>TARRANTCOUNTY, TEXAS |

### AGREED JUDGMENT OF POSSESSION

On the _13_ day of _August_, 20_15_, came on to be heard the above-entitled and -numbered cause wherein FEDERAL HOME LOAN MORTGAGE CORPORATION, is the Plaintiff, and LOUIS LUPO, JAMES NGUGI and/or All Occupants of 7908 Hunter Ln, North Richland HillsTexas 76182, are the Defendants. The parties have executed this Agreed Judgment whereby Plaintiff should have a Judgment of Possession as to the premises identified above.

Based upon the agreement of the parties, **IT IS ACCORDINGLY ORDERED, ADJUDGED, AND DECREED** that FEDERAL HOME LOAN MORTGAGE CORPORATION, Plaintiff, have judgment against LOUIS LUPO, JAMES NGUGI and/or All Occupants, Defendants, for possession of 7908 Hunter Ln, North Richland Hills, Texas 76182.

Defendant agrees to not challenge the terms of this agreement, or otherwise challenge Plaintiff's rights to possession or ownership, by appeal, or otherwise.

By agreement of the parties, the writ shall not issue before the _13_ day of _October_, 20_15_.

Signed this _13_ day of _August_, 20_15_

_____
HONORABLE PRESIDING JUDGE

_____
Travis Gray
Attorney for Plaintiff
SBN 24044965
P: 972.247.0653
F: 972.247.0642
E: travis@jackoboyle.com

_____
J. B. PEACOCK JR
ATTY FOR Defendants