**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | | |
|---|---|---|
| **Louis M. Lupo** | : | |
| Plaintiff | : | |
| v. | : | **Case No.: 8:14-cv-00475-DKC** |
| **JPMorgan Chase Bank, N.A.,** *et al.* | : | |
| Defendants | : | |

**LOCAL RULE 105.5 INDEX OF EXHIBITS**

1. Affidavit of Specialized Loan Servicing LLC
2. Deed of Trust
3. Notice of Assignment, Sale or Transfer of Servicing Rights
4. Facsimiles from Plaintiff dated July 1, 2013
5. Facsimile from Plaintiff dated August 21, 2013
6. Letter from Specialized Loan Servicing LLC dated September 6, 2013
7. Letter from Specialized Loan Servicing LLC dated July 11, 2013
8. Letter from Specialized Loan Servicing LLC dated December 31, 2013
9. Notice of Default and Notice of Intent to Accelerate
10. Agreed Judgment of Possession