**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | | |
|---|---|---|
| **Louis M. Lupo** | : | |
| Plaintiff | : | |
| v. | : | **Case No.: 8:14-cv-00475-DKC** |
| **JPMorgan Chase Bank, N.A.,** *et al.* | : | |
| Defendants | : | |

**ORDER GRANTING SPECIALIZED LOAN SERVICING LLC'S MOTION FOR SUMMARY JUDGMENT**

Upon consideration of the Motion for Summary Judgment filed by one of the Defendants, Specialized Loan Servicing LLC ("SLS"), for good cause shown, and as set forth more fully in the preceding Memorandum Opinion, it is this _____ day of _____, 2015, by the United States District Court for the District of Maryland, hereby

ORDERED, that the motion is GRANTED; and it is further

ORDERED, that judgment is entered in favor of SLS and against the Plaintiff on all remaining counts and claims brought by the Plaintiff in this case; and it is further

ORDERED, that his case is now closed.

SO ORDERED.

_____
Hon. Deborah K. Chasanow
United States District Judge