```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MARYLAND
```

|   |   |
|---|---|
| LOUIS M. LUPO | : |
|  | : |
| v. | : Civil Action No. DKC 14-0475 |
|  | : |
| JPMORGAN CHASE BANK, N.A., et al. | : |

**ORDER**

Pending before the court is Plaintiff's motion for a 60-day extension of time to file a response in opposition to Defendant Specialized Loan Servicing's motion for summary judgment. (ECF No. 48). Plaintiff recites that Defendant consents.

Accordingly, it is this 23rd day of November, 2015, by the United States District Court for the District of Maryland, ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 48) BE and the same hereby, IS GRANTED;

2. Plaintiff's response in opposition to Defendant Specialized Loan Servicing's motion for summary judgment is now due on or before January 20, 2016; and

3. The clerk will transmit a copy of this order to Plaintiff and to counsel for Defendant.

               /s/
          ─────────────────────────
          DEBORAH K. CHASANOW
          United States District Judge